BOWERS, Appellant, v. BARSE et al., Respondents. (Supreme Court, Appellate Division, First Department. July 13, 1904.) Action by John A. Bowers against Mills W.

Barse and another. C. W. Artz, for appellant. J. A. Corbin, for respondents. No opinion. Judgment affirmed, with costs.

BOYER. et al., Respondents, v. FIDELITY TRUST CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. July 6, 1904.) Action by Thomas Boyer and others against the Fidelity Trust Company of Buffalo. No opinion. Judgment and order affirmed, with costs.